[No. 31161-1-I.    Division One.    March 28, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. KENNETH R. JORDAN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 91-1-03733-3, Jim Bates, J., entered July 28, 1992. *Dismissed* by unpublished per curiam opinion.

[No. 26320-0-I.    Division One.    March 28, 1994.]

JUDY GRIMM, *Respondent*, v. MARY FUNG KOEHLER, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 83-2-03007-2, Norman W. Quinn, J., entered May 10, 1990. *Affirmed* by unpublished per curiam opinion.

[No. 31618-4-I.    Division One.    March 28, 1994.]

NEVA H. HUMPHREY, *Individually and as Personal Representative, Appellant*, v. ISLAND HOSPITAL, *Respondent*.

Appeal from a judgment of the Superior Court for Skagit County, No. 89-2-00765-0, Stanley K. Bruhn, J., entered October 2, 1992. *Affirmed* by unpublished per curiam opinion.

[Nos. 29819-4-I; 32719-4-I.    Division One.    March 28, 1994.]

*In the Matter of the Welfare of* L.S.

THE STATE OF WASHINGTON, *Respondent*, v. DEANA SCHULTES, *Appellant*.

Appeals from a judgment of the Superior Court for King County, No. 89-7-01632-8, Ann Schindler, J., entered November 26, 1991. *Affirmed* by unpublished per curiam opinion.